UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARICON TECHNOLOGIES CORPORATION, Plaintiff<br><br>V.<br><br>R&D CIRCUITS, INC., Defendant | CIVIL ACTION NO. 1:08-CV-11526-GAO |

### STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1) the undersigned parties stipulate and agree that Paricon Technologies Corporation and R&D Circuits, Inc. agree that all claims against each other in this action will be dismissed with prejudice, and without costs or fees.

PARICON TECHNOLOGIES
CORPORATION,

By its attorneys,

_____
James C. Donnelly, Jr., Esq. BBO #129700
Brian M. Dingman, Esq. BBO #548979
John T. McInnes, Esq. BBO # 657488
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: Sept. 23, 2010

R&D CIRCUITS, INC.,

By its attorney,

_____
Richard B. Klar (RK 6925)
Admitted Pro Hac Vice
145 Willis Avenue, Suite No. 6
Mineola, NY 11502
Tel: 516-248-8800
Fax: 516-248-8802

Dated: September 23, 2010

## CERTIFICATE OF SERVICE

    I, John T. McInnes, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on _Sept 24, 2010_ .

                                                     John T. McInnes, Esq.